# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Robert M. Dukett  
                Debtor(s)

BK NO. 22-00714 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
25 Apr 2022, 10:27:40, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322