## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
ROBERT M. DUKETT

:     **CHAPTER 13**
:
:     **CASE NO.** 5 - 22 -bk- 00714
:
:
:
**Debtor(s)**     :

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:**  Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order.  Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.**  Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1.  Amount agreed to by debtor | $  4,500.00 |
| 2.  Less amount paid to attorney prior to filing petition | $  2,100.00 |
| 3.  Balance of compensation to be paid through plan distributions | $  2,400.00 |
| 4.  Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| | |
|---|---|
| **B.**  Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1.  Retainer received | $ |
| 2.  Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3.  Expenses reimbursed prepetition | $ |
| 4.  Balance in retainer after deduction of prepetition compensation and expenses | $  0.00 |
| 5.  Compensation and expenses to be approved by the Court and to be paid through plan distributions, less balance in client trust account | $ |

| | |
|---|---|
| **C.**  The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $  2,400.00 |

Dated: _____05/03/2022_____         /s/ John A. Poka
                                        Attorney for Debtor