UNITED STATES BAKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT M. DUKETT : Case No. 5-22-00714

    Debtors : Chapter 13

## AFFIDAVIT BY CONTRIBUTOR TO DEBTOR'S CHAPTER 13 PLAN

I, Peter Alexander Phillipson, residing at 100 Ryder Lane, Dingmans Ferry, Pa 18328, hereby state that I will contribute to my son, Robert M. Dukett Chapter 13 Plan monthly payments. I have agreed at this time to contribute the difference between his disposable income and the amount to be paid to the Chapter 13 Trustee for the Middle District of Pennsylvania.

_Peter Alexander Phillipson_
Peter Alexander Phillipson

On the 17 day of May, 2022, before me, the undersigned, personally appeared Peter alexander Phillipson, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_Austin K Stanwood_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
AUSTIN K STANWOOD - Notary Public
Pike County
My Commission Expires December 8, 2024
Commission Number 1387329