UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT M. DUKETT                      BR Case No.5: 22-00714
                                                                                                CHAPTER 13

DEBTOR

## ASSIGNMENT OF FUNDS

I, Robert M. Dukett, hereby assign and convey to our attorney, Law Offices of John A. Poka, Attorney at Law any and all funds returned to us by the Chapter 13 Trustee, Jack N. Zaharopoulos, Esq., upon the dismissal or conversion of our case for the purpose of our attorney deducting from said refund any amount due and owing to John A. Poka, Attorney at Law, for legal services and reimbursement of expenses performed or incurred on our behalf.

Accordingly, we hereby direct and authorize Jack N. Zaharopoulos, Esq., Chapter 13 Trustee, to deliver said funds to John A. Poka, Attorney at Law, upon dismissal or conversion of our case.

The balance of any funds after deducting the legal fees and expenses we owe shall be returned to us by John A. Poka Attorney at Law.

_____
ROBERT M. DUKETT

On the 17th day of May, 2022, before me, the undersigned, personally appeared Robert M Dukett, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Maryann Kennedy
Notary Public

Commonwealth of Pennsylvania
County of Pike

Commonwealth of Pennsylvania - Notary Seal
Maryann Kennedy, Notary Public
Pike County
My commission expires July 20, 2025
Commission number 1129254
Member, Pennsylvania Association of Notaries