In re:                                                            Case No. 22-00714-MJC

Robert M. Dukett                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                                        Page 1 of 3

Date Rcvd: May 24, 2022                     Form ID: ntcnfhrg                                    Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert M. Dukett, 191 Cranberry Ridge Dr., Milford, PA 18337-6401 |
| 5470266 | | APEX Asset Management, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 5470264 | | Allstate Insurance Co., 113 7th St Ste 103, Milford, PA 18337-1234 |
| 5470265 | | American Express, PO Box 15132, Wilmington, DE 19850-5132 |
| 5470267 | | Blue Ridge Cable, 112 Bennett Ave, Milford, PA 18337-9501 |
| 5470270 | | Commenity Bank /Columbian Emeralds, 1020 E Pioneer Rd, Draper, UT 84020-4700 |
| 5470277 | | KML Group, PC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5470280 | | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5470282 | + | Pike County Sheriff's Office, 412 Broad St, Milford, PA 18337-1526 |
| 5470284 | | Presler, Felt & Warshaw, LLP., 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5470286 | | RAS LaVrar, LLC (Citi BanK), 425 Commerce Dr Ste 150, Fort Washington, PA 19034-2727 |
| 5470290 | | Upgrade UHG LLC, 6400 Sheridan Dr Ste 138, Williamsville, NY 14221-4842 |
| 5470291 | | Weltman Weinberg & Reis Co. LPA, 5000 Bradenton Ave Ste 100, Dublin, OH 43017-3574 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5470266 | ^ MEBN | May 24 2022 18:36:06 | APEX Asset Management, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 5475703 | Email/PDF: bncnotices@becket-lee.com | May 24 2022 18:41:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5470268 | Email/Text: cms-bk@cms-collect.com | May 24 2022 18:39:00 | Capital Management, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 5470269 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2022 18:41:38 | Capital One Bank, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 5470271 | Email/Text: bankruptcy_notifications@ccsusa.com | May 24 2022 18:39:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5470272 | Email/PDF: creditonebknotifications@resurgent.com | May 24 2022 18:41:33 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5470273 | Email/Text: mrdiscen@discover.com | May 24 2022 18:39:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 5471821 | Email/Text: mrdiscen@discover.com | May 24 2022 18:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5470274 | Email/Text: data_processing@fin-rec.com | May 24 2022 18:39:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 5472245 | Email/Text: christina@collectionandrecovery.com | May 24 2022 18:39:00 | Fond du Lac County, C/O Financial Recoveries, Inc., PO Box 310, Fond du Lac, WI 54936-0310 |
| 5470275 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2022 18:41:33 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5470276 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2022 18:41:32 | JP Morgan Chase Bank, 270 Park Ave, New York, NY 10017-2014 |
| 5472332 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2022 18:41:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5470280 | ^ | MEBN | May 24 2022 18:36:16 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5470278 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2022 18:39:00 | Midland Credit Management, 350 Camino de la Reina # 100, San Diego, CA 92108-3007 |
| 5470279 | | Email/Text: bankruptcydpt@mcmcg.com | May 24 2022 18:39:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5471968 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2022 18:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5470281 | | Email/PDF: cbp@onemainfinancial.com | May 24 2022 18:41:35 | One Main Financial, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 5473243 | + | Email/PDF: cbp@onemainfinancial.com | May 24 2022 18:41:35 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5470283 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2022 18:41:35 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 5475366 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2022 18:41:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5470285 | | Email/Text: ngisupport@radiusgs.com | May 24 2022 18:39:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5476544 | + | Email/Text: bankruptcyteam@quickenloans.com | May 24 2022 18:39:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5470287 | + | Email/Text: bankruptcyteam@quickenloans.com | May 24 2022 18:39:00 | Rocket Mtge. f/k/a Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5470288 | | Email/Text: support@spirerecoverysolutions.com | May 24 2022 18:39:36 | Spire Recovery Solution, 330 S Transit St, Lockport, NY 14094-4848 |
| 5470289 | | Email/Text: BAN5620@UCBINC.COM | May 24 2022 18:39:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Arpad Poka | on behalf of Debtor 1 Robert M. Dukett jpoka@optonline.net |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert M. Dukett,  Chapter 13

**Debtor 1**

Case No. 5:22−bk−00714−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 5, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 12, 2022 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 24, 2022 |

ntcnfhrg (08/21)