UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT M. DUKETT : CHAPTER 13
     Debtor :
      :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
      :
     vs. :
      :
ROBERT M. DUKETT :
     Respondent : CASE NO. 5-22-bk-00714

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 13th day of June, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

1. The plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2D and 2G of the plan.

WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Agatha R. McHale
        Attorney for Trustee

# CERTIFICATE OF SERVICE

       AND NOW, this 13th day of June, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Poka, Esquire
103 Steven Court
Monroe, NY 10950-4522

                                                  /s/Deborah A. Behney
                                                  Office of Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee