UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-------------------------------------------------------------------X

IN RE: ROBERT DUKETT

                Debtor             Case No. 5-12-bk-00714
                                                    Chapter 13

JACK N. ZAHAROPOULUS,
Standing Chapter 13 Trustee

IN RE: Robert Dukett

                Respondent
-------------------------------------------------------------------X

## AFFIRMATION TO CERTIFICATE OF SERVICE

      I, John A. Poka, hereby affirms and certifies that Juanita Poka served a true and correct copy of the original Chapter 13 Plan which was served to the attached interested parties on the 19th day of May 2022, by placing same in the United States Mail, first class, postage prepaid. This attorney had surgical intervention and Juanita omitted to file the Certificate of Service but it was served. The reason for the omission was that she was caring for this attorney.

Rocket Mortgage, LLC fka Quicken Loans
1050 Woodward Ave.
Detroit, MI 48226-1986

KML Group, PC
701 Market St. Ste. 5000
Philadelphia, PA 19106-1541

Discover Bank
PO Box 6103
Carol Stream, NY

Home Depot
PO Box 9001010
Louisville, KY 40290-1010

RAS LaVrar, LLC (Citi Bank)
425 Commerce Dr Ste 150
Fort Washington, PA 19034-2727

                                                      BY: /s/John A. Poka, Es