UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------X

IN RE: ROBERT DUKETT

                    Debtor                   Case No. 5-12-bk-00714
                                                     Chapter 13

JACK N. ZAHAROPOULUS,
Standing Chapter 13 Trustee

IN RE: Robert Dukett

                    Respondent

-------------------------------------------------------------------X

## CERTIFICATION OF SERVICE

       I, Juanita Poka, hereby certify that I served a true and correct copy of the

foregoing Order Confirming Amended Chapter 13 Plan has been served to the following
interested parties on the list attached, this 29th day of August 2022, by placing same in the
United States Mail, first class, postage prepaid and electronic mail:

Jack N. Zaharopoulos
8125 Adams Drive Suite A
Hummelstown, PA 17056
TWecf@pamd13trustee.com

Robert Dukett
191 Cranberry Ridge Dr.
Milford, PA 18337

Rocket Mortgage, LLC fka Quicken Loans
635 Woodward Ave.
Detroit, MI 48226-3408

Rebecca Ann Solarz, Esq.
KML Group
701 Market St. Ste. 50000
Philadelphia, PA 19106-1541

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Home Depot
PO Box 9001010
Louisville, KY 40290-1010

**Allstate Insurance Co.**
113 7th St Ste 103
Milford, PA 18337-1234

**American Express**
PO Box 15132
Wilmington, DE 19850-5132

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**APEX Asset Management**
2501 Oregon Pike Ste 102
Lancaster, PA 17601-4890

**Atlas Acquisitions LLC**
on behalf of UHG I LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

**Blue Ridge Cable**
112 Bennett Ave
Milford, PA 18337-9501

**Capital Management**
698 1/2 S Ogden St
Buffalo, NY 14206-2317

**Capital One Bank**
1680 Capital One Dr
McLean, VA 22102-3407

**Commenity Bank /Columbian Emeralds**
1020 E Pioneer Rd
Draper, UT 84020-4700

**Credit Collection Services**
725 Canton St
Norwood, MA 02062-2679

**Credit One Bank**
PO Box 98873
Las Vegas, NV 89193-8873

**Discover Bank**
PO Box 6103
Carol Stream, IL 60197-6103

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

**Financial Recovery Services**
PO Box 385908
Minneapolis, MN 55438-5908

**Fond du Lac County**
C/O Financial Recoveries, Inc.
PO Box 310
Fond du Lac, WI 54936-0310

**Home Depot**
PO Box 9001010
Louisville, KY 40290-1010

**JP Morgan Chase Bank**
270 Park Ave
New York, NY 10017-2014

**KML Group, PC**
701 Market St Ste 5000
Philadelphia, PA 19106-1541

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Midland Credit Management**
PO Box 301030
Los Angeles, CA 90030-1030

**Midland Credit Management**
350 Camino de la Reina # 100
San Diego, CA 92108-3003

**Midland Credit Management, Inc.**
PO Box 2037
Warren, MI 48090

**MRS BPO, LLC**
1930 Olney Ave
Cherry Hill, NJ 08003-2016

**One Main Financial**
601 NW 2nd St
Evansville, IN 47708-1013

**OneMain Financial**
PO Box 3251
Evansville, IN 47731

**Pike County Sheriff's Office**
412 Broad St
Milford, PA 18337-1538

**Portfolio Recovery**
PO Box 12914
Norfolk, VA 23541-0914

**Portfolio Recovery Associates, LLC**
POB 12914
Norfolk VA 23541

**Presler, Felt & Warshaw, LLP.**
7 Entin Rd
Parsippany, NJ 07054-5020

**Radius Global Solutions**
PO Box 390846
Minneapolis, MN 55439-0846

**RAS LaVrar, LLC (Citi Bank)**
425 Commerce Dr Ste 150
Fort Washington, PA 19034-2727

**Rocket Mortgage, LLC fka Quicken Loans, at. el**
635 Woodward Avenue
Detroit MI 48226

**Rocket Mtge. f/k/a Quicken Loans**
1050 Woodward Ave
Detroit, MI 48226-1906

**Spire Recovery Solution**
330 S Transit St
Lockport, NY 14094-4848

**United Collection Bureau, Inc.**
5620 Southwyck Blvd Ste 206
Toledo, OH 43614-1501

**Upgrade UHG LLC**
6400 Sheridan Dr Ste 138
Williamsville, NY 14221-4842

**Weltman Weinberg & Reis Co. LPA**
5000 Bradenton Ave Ste 100
Dublin, OH 43017-3574

BY*: /s/Juanita Poka,* Administrator
John A. Poka, Attorney  at Law
509 Broad Street
Milford, Pa 18337
Tel. 570-296-5297

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert M. Dukett,

**Debtor 1**

Chapter     13

Case No.     5:22−bk−00714−MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 9, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  August 23, 2022

orcnfpln(05/18)