UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------------X
IN RE: ROBERT DUKETT

                       Debtor                        Case No. 5-12-bk-00714MJC
                                                                      Chapter 13

JACK N. ZAHAROPOULUS,
CHAPTER 13 TRUSTEE

                       Movant

IN RE: ROBERT DUKETT

                       Respondent
-----------------------------------------------------------------------X

## CERTIFICATION OF SERVICE

I, Juanita Poka, hereby certify that I served a true and correct copy of the foregoing Answer to Trustee's Objection to Chapter 13 Plan has been served to the following interested parties on the list attached, this 4th day of August 2023, by Electronic Mail(ECF) to the following interested parties.

Jack N. Zaharopoulos  
8125 Adams Drive Suite A  
Hummelstown, PA 17056  
info@pmd13trustee.com  

Rocket Mortgage, LLC.  
635 Woodward Ave.  
Detroit, MI 48226  
AccountResolution@RocketMortgage.com  

Robert Dukett  
191 Cranberry Ridge Dr.  
Milford, PA 18337  
rduke197@gmail.com  

Rebecca A. Solarz, Esquire  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
rsolarz@kmllawgroup.com  

BY: */s/Juanita Poka,* Administrato

3 | Page

 Gmail     JOHN POKA <pokalaw@gmail.com>

## BR Case. No. 22--00714
1 message

**JOHN POKA** <pokalaw@gmail.com>     Fri, Aug 4, 2023 at 11:45 AM
To: rsolarz@kmlawgroup.com

Debt: Robert Dukett

Good Morning Attorney Solarz:

Please find attached Answer To Motion To Dismiss Case.

The Debtor was informed by your client that you need to file an amended proof of claim.
Original Proof of Claim filed by your office on May 23, 2022, for Rocket Mortgage.
The Rocket Mortgage never served this office with any documents. Debtor obtained a copy of the Documents yesterday. This office was closed the month of July.

Have a great day.
Juanita Poka, Administrator
--
JOHN A. POKA, ATTORNEY AT LAW
103 Steven Ct.
Monroe, NY 10950
Tel. 845-782-4587
    845-721-9241
Fax.845-831-1182

509 Broad St.
Milford, PA 18337
Tel. 570-296-LAWS (5297)
Fax.845-831-1182

The information contained in this email message is intended only for the personal and confidential use of the designated recipient named above. This message may contain confidential student or personnel data or an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at (845)782-4587 or (570)296-5297 and delete the message and any accompanying documents.

**6 attachments**

📄 **8.4.202323.answer.2.motion.2.dismiss.case.dukett.pdf**
573K

📄 **8.4.2023.certificate.of.service.dukett.pdf**
214K

📄 **8.4.2023.exhibit.a.fha.promissory.note.dukett.pdf**
4387K

8.4.2023.exhibit.c.partial.claims.mortgage.dukett.pdf
4502K

8.4.2023.exhibit.b.modification.cover.letter.dukett.pdf
296K

8.4.2023.exhibit.d.proof.of.claim.no.11.dukett.pdf
867K

 Gmail

JOHN POKA <pokalaw@gmail.com>

## Debtor: Robert Dukett
1 message

**JOHN POKA** <pokalaw@gmail.com>  Fri, Aug 4, 2023 at 11:53 AM
To: AccountResolution@rocketmortgage.com

Good Morning:

Please find attached Answer To Motion To Dismiss Case.

The Debtor received the signed documents yesterday via email upon his request for not receiving the signed copies of the Loan Modification.

Rocket Mortgage has never served this office with any documents.


Have a great day.
Juanita Poka, Administrator

--
JOHN A. POKA, ATTORNEY AT LAW
103 Steven Ct.
Monroe, NY 10950
Tel. 845-782-4587
     845-721-9241
Fax.845-831-1182

509 Broad St.
Milford, PA 18337
Tel. 570-296-LAWS (5297)
Fax.845-831-1182

---

The information contained in this email message is intended only for the personal and confidential use of the designated recipient named above. This message may contain confidential student or personnel data or an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at (845)782-4587 or (570)296-5297 and delete the message and any accompanying documents.

---

**6 attachments**

- 8.4.202323.answer.2.motion.2.dismiss.case.dukett.pdf
  573K

- 8.4.2023.certificate.of.service.dukett.pdf
  214K

- 8.4.2023.exhibit.a.fha.promissory.note.dukett.pdf
  4387K

- 8.4.2023.exhibit.b.modification.cover.letter.dukett.pdf
  296K



📄 8.4.2023.exhibit.c.partial.claims.mortgage.dukett.pdf
4502K

📄 8.4.2023.exhibit.d.proof.of.claim.no.11.dukett.pdf
867K

 Gmail     JOHN POKA <pokalaw@gmail.com>

## Case No. 22-00714
1 message

**JOHN POKA** <pokalaw@gmail.com>      Fri, Aug 4, 2023 at 11:57 AM
To: Robert Dukett <rduke197@gmail.com>

Good morning,

Please find attached. copy of the answer to the motion to dismiss case.

Have a nice day.

Juanita,

--
JOHN A. POKA, ATTORNEY AT LAW
103 Steven Ct.
Monroe, NY 10950
Tel. 845-782-4587
     845-721-9241
Fax.845-831-1182

509 Broad St.
Milford, PA 18337
Tel. 570-296-LAWS (5297)
Fax.845-831-1182

---

The information contained in this email message is intended only for the personal and confidential use of the designated recipient named above. This message may contain confidential student or personnel data or an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at (845)782-4587 or (570)296-5297 and delete the message and any accompanying documents.

---

**6 attachments**

- 8.4.202323.answer.2.motion.2.dismiss.case.dukett.pdf
  573K
- 8.4.2023.certificate.of.service.dukett.pdf
  214K
- 8.4.2023.exhibit.a.fha.promissory.note.dukett.pdf
  4387K
- 8.4.2023.exhibit.b.modification.cover.letter.dukett.pdf
  296K
- 8.4.2023.exhibit.c.partial.claims.mortgage.dukett.pdf
  4502K
- 8.4.2023.exhibit.d.proof.of.claim.no.11.dukett.pdf
  867K