UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-------------------------------------------------------------------X
IN RE: ROBERT DUKETT
                            Debtor                         Case No. 5-22-bk-00714
                                                                     Chapter 13

JACK N. ZAHAROPOULUS,
Standing Chapter 13 Trustee

IN RE: Robert Dukett

                            Respondent
-------------------------------------------------------------------X


### ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

     **AND NOW**, upon consideration of the above-captioned, the Motion to Modify Confirmed Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby

     **ORDERED** that the Motion to Modify Confirmed Plan is Granted

     **ORDERED,** that the 2nd Amended Chapter 13 Plan is APPROVED if it conforms with the Amended Proof of Claim subject to Approval of Loan Modification Motion filed.

1