UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-------------------------------------------------------------------X
IN RE: ROBERT DUKETT
                Debtor                Case No. 5-22-bk-00714MJC
                                            Chapter 13

JACK N. ZAHAROPOULUS,
Standing Chapter 13 Trustee

ROBERT DUKETT
                Respondent
-------------------------------------------------------------------X

## CORRECTED NOTICE

**PLEASE** be advised that the response date has been changed from September 12th, 2023 to September 18, 2023, due to the fact that the notice is being re-served today August 28, 2023.

Debtor, ROBERT DUKETT, filed a Motion to Modify Confirmed Plan on August 23rd, 2023.

1. Debtor is seeking the approval of the Second Amended Chapter 13 Plan as the Confirmed Plan as Modified.

2. If you object to the relief requested, you must file your objection/response by **September 18, 2023**, with the Clerk of the Bankruptcy Court, located at 197 South Main Street, Wilkes Barre, Pa 18701, and serve a copy on the Attorney for the Debtor.

3. If you file and serve and objection/response within the time permitted, the Court will schedule a hearing and you will be notified.

4. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without any further notice or hearing, and may grant the relief requested.

                                                        */s/John A. Poka*
                                                        Counsel for the Debtor
                                                        509 Broad Street
                                                        Milford, Pa 18337
August 28, 2023                            570-296-5297

1 | Page

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------X
IN RE: ROBERT DUKETT

                Debtor                 Case No. 5-12-bk-00714MJC
                                                          Chapter 13

JACK N. ZAHAROPOULUS,
Standing Chapter 13 Trustee

IN RE: Robert Dukett

                Respondent
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Juanita Poka, hereby certify that I served a true and correct copy of the foregoing **corrected notice to respond with a new response date,** has been served to the following interested parties on the list attached, this 28th day of August 2023, by Electronic Mail(ECF and via E-Mail to the following interested parties.

Jack N. Zaharopoulos  
8125 Adams Drive Suite A  
Hummelstown, PA 17056  
TWecf@pamd13trustee.com

Robert Dukett  
191 Cranberry Ridge Dr.  
Milford, PA 18337  
rduke197@gmail.com

Rocket Mortgage, LLC fka Quicken Loans  
635 Woodward Ave.  
Detroit, MI 48226-3408  
bankruptcyteam@quickenloans.com

Brian C. Nicholas, Esq.  
KML Group P.C.  
701 Market St. Ste. 50000  
Philadelphia, PA 19106-1532  
bkgroup@kmllawgroup.com

Discover Bank  
PO Box 3025  
New Albany, OH 43054-3025  
mrdiscen@discover.com

Home Depot  
PO Box 9001010  
Louisville, KY 40290-1010  
Citi.BNC.Correspondence@citi.com

Mr. Jay Farner, CEO & Vice Chairman  
Rocket Mortgage, LLC fka Quicken Loans  
1050 Woodword Ave.  
Detroit, MI 48226

Mr. Roger C. Hochschild, CEO
Discover Bank
502 E. Market St.
Greenwood, DE 19950

Office of the US Trustee
228 Walnut St. Suite 1190
Harrisburg, PA 17101

Mr. Ted Decker, Pres. & CEO
The Home Depot
2455 Paces Ferry Rd.
Atlanta, GA 30339-4024

Allstate Insurance Co.
113 7th St Ste 103
Milford, PA 18337

American Express
PO Box 15132
Wilmington, DE 19850-5132

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Blue Ridge Cable
112 Bennett Ave
Milford, PA 18337-9501

Capital Management
698 1/2 S Ogden St
Buffalo, NY 14206-2317

Capital One Bank
1680 Capital One Dr
McLean, VA 22102-3407

Comenity Bank/Columbian Emeralds
1020 E Pioneer Rd
Draper, UT 84020-4700

Credit Collection Services
725 Canton St
Norwood, MA 02062-2679

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Bank
PO Box 6103
Carol Stream, IL 60197-6103

Financial Recovery Services
PO Box 385908
Minneapolis, MN 55438

Fond du Lac County
C/O Financial Recoveries, Inc.
PO Box 310
Fond du Lac, WI 54936-0310

Home Depot
PO Box 9001010
Louisville, KY 40290-1010

JP Morgan Chase Bank, NA
Bankruptcy Intake Team
700 Kansas Ln. Fl. 01
Monroe, LA 71203-4774

LVNV Funding, LLC
701 Market St Ste 5000
Philadelphia, PA 19106-1541

MRS BPO, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

KML Group, PC
1930 Olney Ave
Cherry Hill, NJ 08003-2016

Midland Credit Management
350 Camino de la Reina # 100
San Diego, CA 92108-3007

Midland Credit Management
PO Box 301030
Los Angeles, CA 90030-1030

Midland Credit Mngmnt, Inc.
PO Box 2037
Warren, MI 48090-2037

One Main Financial
601 NW 2nd St
Evansville, IN 47708-1013

One Main Financial
PO Box 3251
Evansville, IN 47731-3251

Pike County Sheriff
412 Broad St
Milford, PA 18337-1526

3 | Page

Case 5:22-bk-00714-MJC   Doc 65   Filed 08/28/23   Entered 08/28/23 16:15:48   Desc
Main Document    Page 3 of 4

| Portfolio Recovery Assoc. LLC | Presler, Felt & Warshaw, LLP. | RAS LaVrar, LLC (CitiBanK) |
|---|---|---|
| PO Box 41067 | 7 Entin Rd | 425 Commerce Dr Ste 150 |
| Norfolk VA 23541-1067 | Parsippany, NJ 07054-5020 | Fort Washington, PA 19034 |

| Radius Global Solutions | Rocket Mortgage, LLC fka Quicken Loans, at. | Rocket Mtge. f/k/a Quicken Loans |
|---|---|---|
| PO Box 390846 | 635 Woodward Avenue | 1050 Woodward Ave |
| Minneapolis, MN 55439 | Detroit MI 48226-3408 | Detroit, MI 48226-3573 |

| Spire Recovery Solutions, LLC | United Collection Bureau, Inc. |
|---|---|
| 57 Canal Street Ste. 302 | 5620 Southwyck Blvd Ste 206 |
| Lockport, NY 14094-2845 | Toledo, OH 43614-1501 |

| Upgrade UHG LLC | Weltman Weinberg & Reis Co. LPA |
|---|---|
| 6400 Sheridan Dr Ste 138 | 5000 Bradenton Ave Ste 100 |
| Williamsville, NY 14221-4842 | Dublin, OH 43017-3574 |

| JP Morgan Chase Bank | Portfolio Recovery | Portfolio Recovery Associates, LLC |
|---|---|---|
| 270 Park Ave | PO Box 12914 | POB 12914 |
| New York, NY 10017-2014 | Norfolk, VA 23541-0914 | Norfolk VA 23541 |

Spire Recovery Solution
330 S Transit St
Lockport, NY 14094-4848

BY: /s/Juanita Poka, Administrator