UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Robert M. Dukett, | : | Case No. 5:22-bk-00714-MJC |
| Debtor. | : | |

## ORDER DENYING MOTION TO MODIFY
## CONFIRMED CHAPTER 13 WITHOUT PREJUDICE

Upon consideration of Debtor's Motion to Modify Confirmed Chapter 13 Plan filed on August 24, 2023, Dkt. # 61 ("Motion"), and the Debtor having failed to check the boxes in paragraph numbers 2A, 2C through 2G, 3A3, 3C, 4A, 5 and 7 of the Second Amended Plan, it is hereby

**ORDERED** that the Motion is **DENIED** without prejudice.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 21, 2023