UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
IN RE: ROBERT DUKETT

                Debtor                        Case No. 5:22-00714MJC
                                                        Chapter 13

-----------------------------------------------------------------X

### ORDER CONVERTING CHAPTER 13 CASE
### TO CASE UNDER CHAPTER 7

Upon the motion of the Debtor's Counsel for an order, pursuant to 11 U.S.C. §1112(b) converting this Chapter 13 case, and the hearing held before this Court on this date, and it appearing that appropriate notice has been given, and cause existing for the relief requested, it is

ORDERED, that this case under Chapter 13 be and hereby is converted to a case under Chapter 7, and it is further

ORDERED, that the debtor shall forthwith turn over to the Chapter 7 trustee all records and property of the estate under its custody and control as required by Federal Rule of Bankruptcy Procedure 1019(5), and it is further

ORDERED, that within thirty (30) days of the date of this order, the debtor shall file an accounting of all receipts and disbursements made, together with a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case, as required by Federal Rule of Bankruptcy Procedure 1019(5), and it is further

ORDERED, that within fourteen (14) days of the date of this order, the debtor shall file the statements and schedules required by Federal Rules of Bankruptcy Procedure 1019(1)(a) and 1007(b), if such documents have not already been filed.