In re:  
Robert M. Dukett  
    Debtor

Case No. 22-00714-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Nov 29, 2023     Form ID: 309A     Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert M. Dukett, 191 Cranberry Ridge Dr., Milford, PA 18337-6401 |
| aty | + | Brian C Nicholas, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Denise E. Carlon, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Michael Patrick Farrington, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| tr | + | John J Martin, Law Offices of John J Martin, (Trustee), 1022 Court Street, Honesdale, PA 18431-1925 |
| ust | + | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5470264 | | Allstate Insurance Co., 113 7th St Ste 103, Milford, PA 18337-1234 |
| 5470265 | | American Express, PO Box 15132, Wilmington, DE 19850-5132 |
| 5470267 | | Blue Ridge Cable, 112 Bennett Ave, Milford, PA 18337-9501 |
| 5470270 | | Commenity Bank /Columbian Emeralds, 1020 E Pioneer Rd, Draper, UT 84020-4700 |
| 5470282 | | Pike County Sheriff's Office, 412 Broad St, Milford, PA 18337-1538 |
| 5470284 | | Presler, Felt & Warshaw, LLP., 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5470286 | | RAS LaVrar, LLC (Citi BanK), 425 Commerce Dr Ste 150, Fort Washington, PA 19034-2727 |
| 5470290 | | Upgrade UHG LLC, 6400 Sheridan Dr Ste 138, Williamsville, NY 14221-4842 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jpoka@optonline.net | Nov 29 2023 18:42:00 | John Arpad Poka, 509 Broad Street, Milford, PA 18337 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Nov 29 2023 18:42:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5470266 | ^ | MEBN | Nov 29 2023 18:36:10 | APEX Asset Management, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 5480102 | | EDI: ATLASACQU | Nov 29 2023 23:41:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5482045 | | EDI: ATLASACQU | Nov 29 2023 23:41:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5475703 | | Email/PDF: bncnotices@becket-lee.com | Nov 29 2023 18:55:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5470268 | | Email/Text: cms-bk@cms-collect.com | Nov 29 2023 18:42:00 | Capital Management, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 5470269 | | EDI: CAPITALONE.COM | Nov 29 2023 23:41:00 | Capital One Bank, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 5470271 | | EDI: CCS.COM | Nov 29 2023 23:41:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5470272 | | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recipient ID | | Delivery Method | Time | Recipient |
|---|---|---|---|---|
| | | | Nov 29 2023 18:40:16 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5470273 | | EDI: DISCOVER | Nov 29 2023 23:41:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 5471821 | | EDI: DISCOVER | Nov 29 2023 23:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5470274 | | Email/Text: data_processing@fin-rec.com | Nov 29 2023 18:42:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 5472245 | | Email/Text: christina@collectionandrecovery.com | Nov 29 2023 18:42:00 | Fond du Lac County, C/O Financial Recoveries, Inc., PO Box 310, Fond du Lac, WI 54936-0310 |
| 5470275 | | EDI: CITICORP | Nov 29 2023 23:41:00 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 5470276 | | EDI: JPMORGANCHASE | Nov 29 2023 23:41:00 | JP Morgan Chase Bank, 270 Park Ave, New York, NY 10017-2014 |
| 5470277 | ^ | MEBN | Nov 29 2023 18:36:18 | KML Group, PC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5472332 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 18:55:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5470280 | ^ | MEBN | Nov 29 2023 18:36:11 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5470278 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 18:42:00 | Midland Credit Management, 350 Camino de la Reina # 100, San Diego, CA 92108-3007 |
| 5470279 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 18:42:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5471968 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 18:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5470281 | | EDI: AGFINANCE.COM | Nov 29 2023 23:41:00 | One Main Financial, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 5473243 | + | EDI: AGFINANCE.COM | Nov 29 2023 23:41:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5470283 | | EDI: PRA.COM | Nov 29 2023 23:41:00 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 5475366 | | EDI: PRA.COM | Nov 29 2023 23:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5470285 | | Email/Text: ngisupport@radiusgs.com | Nov 29 2023 18:42:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5476544 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 29 2023 18:42:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5470287 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 29 2023 18:42:00 | Rocket Mtge. f/k/a Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5470288 | | Email/Text: support@spirerecoverysolutions.com | Nov 29 2023 18:42:49 | Spire Recovery Solution, 330 S Transit St, Lockport, NY 14094-4848 |
| 5470289 | | Email/Text: BAN5620@UCBINC.COM | Nov 29 2023 18:42:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 5470291 | | Email/Text: COLATTY@WELTMAN.com | Nov 29 2023 18:42:00 | Weltman Weinberg & Reis Co. LPA, 5000 Bradenton Ave Ste 100, Dublin, OH 43017-3574 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Arpad Poka | on behalf of Debtor 1 Robert M. Dukett jpoka@optonline.net |
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Robert M. Dukett<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8073<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter:   13   4/19/22 |
| Case number: | 5:22–bk–00714–MJC | Date case converted to chapter:   7   11/29/23 |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert M. Dukett | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 191 Cranberry Ridge Dr.<br>Milford, PA 18337–6401 | |
| 4. | **Debtor's attorney**<br>Name and address | John Arpad Poka<br>509 Broad Street<br>Milford, PA 18337 | Contact phone 570 296–5297<br>Email: jpoka@optonline.net |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin<br>Law Offices of John J Martin<br>(Trustee)<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br>Email: pa36@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| Debtor **Robert M. Dukett** | | | Case number **5:22−bk−00714−MJC** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 | Hours open: <br> Monday – Friday 9:00 AM to 4:00 PM <br><br> Contact phone (570) 831−2500 <br><br> Date: 11/29/23 |
| 7. | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 29, 2023 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **\*Valid photo identification and proof of social security number are required\*** | Location: <br><br> Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 534 831 3852, Click on Join using passcode 7889648115, or call 1−272−239−0981 <br><br> For additional meeting information go to https://www.justice.gov/ust/moc |
| 8. | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/27/24** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline** page **2**