United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 22-00714-MJC
Robert M. Dukett  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Nov 29, 2023  Form ID: pdf010  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Robert M. Dukett, 191 Cranberry Ridge Dr., Milford, PA 18337-6401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Arpad Poka | on behalf of Debtor 1 Robert M. Dukett jpoka@optonline.net |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X

IN RE: ROBERT M. DUKETT　　　　　　　　　　Case No. 5:22-00714-MJC

　　　　　　　Debtor　　　　　　　　　　　　　　Chapter 13

------------------------------------------------------------------X

## ORDER CONVERTING CHAPTER 13 CASE
## TO CASE UNDER CHAPTER 7

Upon the motion of the Debtor's Counsel for an order, pursuant to 11 U.S.C. §1112(b) converting this Chapter 13 case, Dkt. # 72, and it appearing that appropriate notice has been given, and cause existing for the relief requested, it is

**ORDERED**, that this case under Chapter 13 be and hereby is converted to a case under Chapter 7, it is further

**ORDERED**, that the debtor shall forthwith turn over to the Chapter 7 trustee all records and property of the estate under its custody and control as required by Federal Rules of Bankruptcy Procedure 1019(5), it is further

**ORDERED**, that within thirty (30) days of the date of this order, the debtor shall file an accounting of all receipts and disbursements made, together with a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case, as required by Federal Rules of Bankruptcy Procedure 1019(5), and it is further

**ORDERED**, that within fourteen (14) days of the date of this order, the debtor shall file the statements and schedules required by Federal Rules of Bankruptcy Procedure 1019(1) and 1007(b), if such documents have not already been filed.

By the Court,

_/s/ Mark J. Conway_

Mark J. Conway, Bankruptcy Judge
Dated: November 29, 2023