UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

-----------------------------------X

In re:
ROBERT DUKETT

        Debtor

Case No. 22-00714(MJC)

ROBERT DUKETT

        Movant                   Chapter 13

VS.

CITIBANK N.A.
c/o RAS LaVrar, LLC
435 Commerce Dr. Ste. 150
Fort Washington, PA 19034

        Respondent

-----------------------------------X

TO: THE HONORABLE MARK J. CONWAY
UNITED STATES BANKRUPTCY JUDGE

**AMENDED AFFIRMATION OF SERVICE**

    JOHN A. POKA, an Attorney duly licensed to practice law within the Commonwealth of Pennsylvania and before this Court hereby state under the penalty of perjury as follows:

    I am over the age of 18 years old, and I am the attorney for ROBERT DUKETT, the Debtor herein.

    On the 5th day, OF January 2024, I deposited true copies of the Debtor's Notice of Motion, Motion for Avoidance of Lien, Proposed Order and the exhibits attached thereto in the above-captioned case by addressing same to the creditors and parties in interest listed below as follows:

**VIA ELECTRONIC MAIL**
Jack N. Zaharopoulus
Office of Chapter 13 Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17056
TWecf@pamd13trustee.com

U.S. Trustee
Federal Bldg. 1190
228 Walnut St. Box. 969
Harrisburg, PA 17108
ustpregion03.ha.ecf.@usdoj.gov

**VIA ELECTRONIC MAIL**
Robert Dukett
191 Cranberry Ridge Dr.
Milford, PA 18337
rduke197@gmail.com

Case 5:22-bk-00714-MJC   Doc 89   Filed 01/05/24   Entered 01/05/24 15:28:37   Desc
Main Document     Page 1 of 4

VIA CERTIFIED MAIL
9589071052700605927952
CITIBANK N.A.
Sunil L. Garg, CEO
388-390 Greenwich St.
New York City, NY 00013

/s/*John A. Poka*
Attorney for Debtor

Date: January 5th, 2024

SUNIL L. GARG, CEO
CITIBANK, N.A.
388-390 GREENWICH ST.
NEW YORK CITY, NY 00013

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To Sunil L. Garg CEO Citibank,
Street and Apt. No., or PO Box No.
388-390 Greenwich St.
City, State, ZIP+4
New York City, N.Y 10013

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

9589 0710 5270 0605 9279 52

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sunil L. Gong, CEO
citi bank, NA
388-390 Greenwich St.
New York City, NY 10013

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 0605 9279 52

9590 9402 4053 8079 8698 09

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt