UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------X

In re:
ROBERT DUKETT

                Debtor

Case No. 22-00714(MJC)

ROBERT DUKETT
                Movant                               Chapter 13

VS.

DISCOVER BANK
Pressler,Felt & Warshaw, LLP
7 Entin Rd.
Parsippany, NJ 07054
                Respondent

------------------------------X

## AMENDED AFFIRMATION OF SERVICE

    JOHN A. POKA, an Attorney duly licensed to practice law within the Commonwealth of Pennsylvania and before this Court hereby state under the penalty of perjury as follows:

    I am over the age of 18 years old, and I am the attorney for ROBERT DUKETT, the Debtor herein.

    On the 5th, day of January 2024, I deposited true copies of the Debtor's Notice of Motion, Motion for Avoidance of Lien, Proposed Order and the exhibits attached thereto in the above-captioned case by addressing same to the creditors and parties in interest listed below as follows:

**VIA ELECTRONIC MAIL**
Jack N. Zaharopoulus
Office of Chapter 13 Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17056
TWecf@pamd13trustee.com

U.S. Trustee
Federal Bldg. 1190
228 Walnut St. Box. 969
Harrisburg, PA 17108
ustpregion03.ha.ecf.@usdoj.gov

**VIA ELECTRONIC MAIL**
Robert Dukett
191 Cranberry Ridge Dr.
Milford, PA 18337
rduke197@gmail.com

**VIA FIRST ELECTRONIC MAIL**
Discover Bank/Discover Products, Inc.
PO Box. 3025
New Albany, OH 53054

VIA CERTIFIED MAIL
**9589071052700605927945**
Discover Bank
John B. Owen, CEO
2500 Lake Cook Dr.
Riverwoods, IL 60015

VIA ELECTRONIC MAIL

Discover Bank
Pressler, Fekt & Warshaw, LLP
7 Entin Rd.
Parsippany, NJ 07054

/s/ *John A. Poka*
Attorney for Debtor

Date: January 5th, 2024



DISCOVER FINANCIAL SVCS.
JOHN B. OWEN, CEO
2500 LAKE COOK DR.
RIVERWOODS, IL 60015

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Sent To  John B Owen, CEO Discover
Street and Apt. No., or PO Box No.  2500 Lake Cook Rd.
City, State, ZIP+4  Riverwoods, IL 60015

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

9589 0710 5270 0605 9279 45

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John B. Owen, CEO
Discover Financial Svces
2500 Lake Cook Rd.
Riverwoods, IL 60015

2. Article Number (transfer from service label)

9589 0710 5270 0605 9279 45

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 4053 8079 8698 16

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt