UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
------------------------------------X

In re:
ROBERT DUKETT

                Debtor

Case No. 22-00714(MJC)

ROBERT DUKETT

                Movant

Chapter 13

VS.

CITIBANK N.A.
c/o RAS LaVrar, LLC
435 Commerce Dr. Ste. 150
Fort Washington, PA 19034

                Respondent
------------------------------------X

## CERTIFICATE OF NO OBJECTION

On December 29, 2023, a Notice of Motion for Avoidance of Liens pursuant to **11 U.S.C.SECTION 522(f)**, was filed by the Debtors and all interested parties were served the Notice of Motion, Motion to Avoid Liens, Affirmation of Service, Exhibit, and Proposed Order.

Please take notice that as of January 25th, 2024, the Docket Report shows that no objections have been filed. Docket Report is attached as **"Exhibit A"**.

Dated: January 25, 2024
Monroe, New York 10950

                              /s/ *John A. Poka*
                              John A. Poka, Attorney at Law
                              Attorney for Debtor

# U.S. Bankruptcy Court
## Middle District of Pennsylvania (Wilkes-Barre)
### Bankruptcy Petition #: 5:22-bk-00714-MJC

*Date filed:* 04/19/2022
*Date converted:* 11/29/2023
*341 meeting:* 01/26/2024
*Deadline for objecting to discharge:* 02/27/2024

[Case Administrators](#)

*Assigned to:* Honorable Mark J Conway
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
No asset

*Debtor 1*
**Robert M. Dukett**
191 Cranberry Ridge Dr.
Milford, PA 18337-6401
PIKE-PA
845-782-4587
SSN / ITIN: xxx-xx-8073

represented by **John Arpad Poka**
509 Broad Street
Milford, PA 18337
570 296-5297
Fax : 570 296-5297
Email: jpoka@optonline.net

*Trustee*
**Jack N Zaharopoulos**
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
717-566-6097
*TERMINATED: 11/29/2023*

*Trustee*
**John J Martin**
Law Offices of John J Martin
(Trustee)
1022 Court Street
Honesdale, PA 18431
570 253-6899

*Asst. U.S. Trustee*
**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
717 221-4515

| Filing Date | # | Docket Text |
|---|---|---|
| 04/19/2022 | [1](#) (12 pgs) | Chapter 13 Voluntary Petition for an Individual *with Matrix and Verification*. Filing fee due in the amount of $ 313.00 Filed by John Arpad Poka on behalf of Robert M. Dukett. (Poka, John) (Entered: 04/19/2022) |

| Date | Doc # | Description |
|---|---|---|
| 04/19/2022 | 2 | Creditor List Uploaded. (There is no image or paper document associated with this entry.) Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)1). (Poka, John) (Entered: 04/19/2022) |
| 04/19/2022 | 3 (1 pg) | Certificate of Credit Counseling for Debtor 1 *No. 15725-PAM-CC-036482635* Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)1). (Poka, John) (Entered: 04/19/2022) |
| 04/19/2022 | 4 (2 pgs) | Employee Income Records *Two paystubs only* Filed by John Arpad Poka on behalf of Robert M. Dukett. (Poka, John) (Entered: 04/19/2022) |
| 04/19/2022 | 5 (1 pg) | Certification of No Payment Advices *Began Employment One Month Ago* Filed by John Arpad Poka on behalf of Robert M. Dukett. (Poka, John) (Entered: 04/19/2022) |
| 04/19/2022 | | Receipt of Voluntary Petition (Chapter 13)( 5:22-bk-00714) [misc,volp13a] ( 313.00) filing fee. Receipt number A10292063, amount $ 313.00. (RE: related document(s)1). (U.S. Treasury) (Entered: 04/19/2022) |
| 04/19/2022 | 6 | Statement About Your Social Security Numbers (Document is restricted.) Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)1). (Poka, John) (Entered: 04/19/2022) |
| 04/19/2022 | 7 | Meeting of Creditors and Appointment of Trustee Zaharopoulos (Trustee), Jack N with 341(a) meeting to be held on 5/23/2022 at 11:00 AM - the 341 meeting to be held by video conference. Government Proof of Claim due by 10/16/2022. Last day to oppose dischargeability is 7/22/2022. Proofs of Claims due by 6/28/2022. (Scheduled Automatic Assignment, shared account) (Entered: 04/19/2022) |
| 04/20/2022 | 8 (2 pgs; 2 docs) | Notice of Incomplete and/or Deficient Filing. Request submitted to BNC for mailing. (RE: related document(s)1). (Radginski, Pamela) (Entered: 04/20/2022) |
| 04/20/2022 | 9 (3 pgs; 2 docs) | Notice of Meeting of Creditors and Appointment of Trustee. Request submitted to BNC for mailing (RE: related document(s) 7 ). (Radginski, Pamela) (Entered: 04/20/2022) |
| 04/21/2022 | 10 (2 pgs; 2 docs) | Amended Notice of Incomplete and/or Deficient Filing. Request submitted to BNC for mailing. (RE: related document(s)1). (Radginski, Pamela) (Entered: 04/21/2022) |
| 04/22/2022 | 11 (4 pgs) | BNC Certificate of Notice (341 Meeting Notice (Chapter 13)) (RE: related document(s)9). Notice Date 04/22/2022. (Admin.) (Entered: 04/23/2022) |
| 04/25/2022 | 12 (1 pg) | Entry of Appearance of Rebecca A. Solarz Filed by Rebecca Ann Solarz of KML Law Group, P.C. on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. (Solarz, Rebecca) (Entered: 04/25/2022) |
| 05/03/2022 | 13 (25 pgs) | Schedule A-B; Schedule C; Schedule D; Schedule E-F; Schedule G; Schedule I; Schedule J; A Summary of Your Assets and Liabilities and Certain Statistical Information; Declaration About an Individual Debtors Schedules; Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)1). (Poka, John) (Entered: 05/03/2022) |
| 05/03/2022 | 14 (11 pgs) | Chapter 13 Calculation of Your Disposable Income *and Ch.13 Statement of Current Income*. Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)1). (Poka, John) (Entered: 05/03/2022) |

| | | | |
|---|---|---|---|
| 05/03/2022 | [15](#) (1 pg) | | Disclosure of Compensation of Attorney for Debtor Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)[1](#)). (Poka, John) (Entered: 05/03/2022) |
| 05/03/2022 | [16](#) (7 pgs) | | Statement of Financial Affairs for Individuals Filing for Bankruptcy Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)[1](#)). (Poka, John) (Entered: 05/03/2022) |
| 05/03/2022 | [17](#) (1 pg) | | Request for Payment of Ch. 13 Compensation and Expenses (LBF 2016-2(c)) Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)[15](#)). (Poka, John) (Entered: 05/03/2022) |
| 05/03/2022 | 18 | | I, John A. Poka, attorney for debtor(s), hereby certify that on 4/18/2022, Debtor(s) and I executed a Rights and Responsibilities Agreement (L.B.F. 2016-2(a)) in connection with legal services to be rendered in the within case. I further certify that a copy of the fully executed copy is retained in my file. (There is no image or paper document associated with this entry.) Filed by John Arpad Poka on behalf of Robert M. Dukett. (Poka, John) (Entered: 05/03/2022) |
| 05/03/2022 | [19](#) (12 pgs) | | Chapter 13 Plan (Includes 2 Motion(s) to Avoid Liens and no Motion(s) to Value Collateral) Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)[1](#)). (Poka, John) (Entered: 05/03/2022) |
| 05/20/2022 | [20](#) (1 pg) | | Affidavit *by Contribuor to Debtor's Chapter 13 Plan* Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)[19](#)). (Poka, John) (Entered: 05/20/2022) |
| 05/20/2022 | [21](#) (1 pg) | | Affidavit of disbursement of Trustee funds upon Dismissal and/or Conversion prior to confirmation Filed by John Arpad Poka on behalf of Robert M. Dukett. (Poka, John) (Entered: 05/20/2022) |
| 05/23/2022 | 22 | | Certification that 341 Meeting of Creditors Held. Clerk to provide notice of confirmation hearing to all parties in interest. (There is no image or paper document associated with this entry.). Confirmation hearing to be held on 7/12/2022 at 09:30 AM at US Courthouse/Max Rosenn, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. Last day to Object to Plan Confirmation 7/5/2022. (Zaharopoulos (Trustee), Jack) (Entered: 05/23/2022) |
| 05/24/2022 | [23](#) (15 pgs; 4 docs) | | Notice of Confirmation Hearing. Request submitted to BNC for mailing (Entered: 05/24/2022) |
| 05/26/2022 | [24](#) (4 pgs) | | BNC Certificate of Notice (Notice setting Confirmation Hearing) (RE: related document(s)[23](#)). Notice Date 05/26/2022. (Admin.) (Entered: 05/27/2022) |
| 05/26/2022 | [25](#) (15 pgs) | | BNC Certificate of Notice (Chapter 12/13 Plan) (RE: related document(s)[23](#)). Notice Date 05/26/2022. (Admin.) (Entered: 05/27/2022) |
| 05/31/2022 | [26](#) (2 pgs) | | Objection to Ch. 13 Plan Filed by Trustee (RE: related document(s)[19](#)). (Zaharopoulos (Trustee), Jack) (Entered: 05/31/2022) |
| 06/09/2022 | [27](#) (14 pgs; 3 docs) | | First Amended Chapter 13 Plan (Includes 2 Motion(s) to Avoid Liens and no Motion(s) to Value Collateral) with Certificate of Service and Notice of Self Scheduled Hearing with Objection Deadline. Notice served on 6/9/2022. Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)[19](#)). Hearing scheduled for 07/12/2022 at 09:30 AM - U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA. Last day to Object to Plan Confirmation 7/5/2022. (Attachments: # [1](#) 1st Amended. Chapter 13 Plan # [2](#) Certificate of Service)(Poka, John) (Entered: 06/09/2022) |

| Date | Doc # | Description |
|---|---|---|
| 06/09/2022 | 28 (11 pgs; 5 docs) | Answer *to Trsutees Objection to Plan* Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)26). (Attachments: # 1 Exhibit Contributor's Affidavit # 2 Exhibit "B" Electronic Rcpt. 2021 Tax Return Upload # 3 Exhibit "C" Electronic Rcpt.#27 1st. Amended Pland Filed & Served to Lien Holders # 4 Certificate of Service) (Poka, John) (Entered: 06/09/2022) |
| 06/10/2022 | 29 (2 pgs; 2 docs) | Notice to Filing Party (John Poka): Certificate of Service does not evidence service on all creditors. (First Amended Chapter 13 Plan) (RE: related document(s)27). (Eshelman, Ryan) (Entered: 06/10/2022) |
| 06/13/2022 | 30 (2 pgs) | Objection to Ch. 13 Plan Filed by Trustee (RE: related document(s)27). (Zaharopoulos (Trustee), Jack) (Entered: 06/13/2022) |
| 06/13/2022 | 31 (1 pg) | Certificate of Service *Affirmation* Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)30). (Poka, John) (Entered: 06/13/2022) |
| 06/14/2022 | 32 (1 pg) | Request for Notice under 2002 Filed by Atlas Acquisitions LLC. (Atlas Acquisitions LLC) (Entered: 06/14/2022) |
| 06/15/2022 | 33 (7 pgs; 2 docs) | Answer *to Trustees Objection to Amended Plan* Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)30). (Attachments: # 1 Exhibit A, Proof of Service) (Poka, John) (Entered: 06/15/2022) |
| 07/08/2022 | 34 (1 pg) | Pre-Confirmation Certification of Compliance with Post Petition Domestic Support Obligations (LBF 3015-3(a)) Filed by John Arpad Poka on behalf of Robert M. Dukett. (Poka, John) (Entered: 07/08/2022) |
| 07/08/2022 | 35 (2 pgs) | Certification About a Financial Management Course (Official Form 423) for Debtor 1 *14912-PAM-DE-036628487* Filed by John Arpad Poka on behalf of Robert M. Dukett. (Poka, John) (Entered: 07/08/2022) |
| 07/12/2022 | 36 | **Proceeding Memo for hearing scheduled on: 07/12/2022** **MATTER:** Confirmation Hearing (First Amended Plan #27);Objection to confirmation of plan by Trustee (#27); Debtor's Answer to Trustee's Objection (#33) **Appearances:** Agatha R. McHale, Esq. (in person) John A. Poka, Esq. (by remote appearance) **Disposition:** Confirmation hearing called and continued. Objection of the Trustee is sustained. IT IS SO ORDERED. /s/ MARK J. CONWAY Record made. (There is no image or paper document associated with this entry) (vCal Hearing ID (556908)). **HEARING Scheduled for 08/23/2022 at 09:30 AM at US Courthouse/Max Rosenn, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701.** (related documents 27 )(PatriciaRatchford) (Entered: 07/12/2022) |
| 07/21/2022 | 37 (14 pgs; 2 docs) | Certificate of Service *Supplemental.* Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)27). (Attachments: # 1 Exhibit 1st. Amended.ch.13.plan.served.on.company.officers) (Poka, John). *Modified to edit docket relationships on 7/22/2022 (Eshelman, Ryan).* (Entered: 07/21/2022) |
| 08/05/2022 | 38 (1 pg) | Withdrawal *(Objection to Plan)* Filed by Trustee (RE: related document(s)30). (Zaharopoulos (Trustee), Jack) (Entered: 08/05/2022) |
| 08/23/2022 | 39 | **Proceeding Memo for hearing scheduled on: 08/23/2022** **MATTER:** Confirmation Hearing (First Amended Plan #27) **Appearances:** Agatha R. McHale, Esq. (in person) **Disposition:** Confirmation hearing held. Plan is eligible for confirmation per Trustee. Order to be entered. Record made. (There is no image or paper document associated with this entry) (vCal Hearing ID (560331)). (related documents 27 )(PatriciaRatchford) (Entered: 08/23/2022) |

| 08/23/2022 | [40](#) (4 pgs; 4 docs) | Order Confirming Amended Chapter 13 Plan filed 6/9/2022 (RE: related document(s) [27](#)). (Eshelman, Ryan) (Entered: 08/23/2022) |
|---|---|---|
| 08/25/2022 | [41](#) (2 pgs) | BNC Certificate of Notice (Order regarding Confirmation of Plan/Amended Plan) (RE: related document(s)[40](#)). Notice Date 08/25/2022. (Admin.) (Entered: 08/26/2022) |
| 08/29/2022 | [42](#) (6 pgs) | Certificate of Service *of Confirmed Amended Chapter 13 Plan* Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)[27](#)). (Poka, John) (Entered: 08/29/2022) |
| 09/22/2022 | [43](#) (16 pgs; 2 docs) | Substitution of Attorney Brian C. Nicholas for Attorney Rebecca A. Solarz . (Nicholas, Brian) (Entered: 09/22/2022) |
| 11/17/2022 | [44](#) (37 pgs; 7 docs) | Motion for Relief from Automatic Stay with nonconcurrence and Notice of Self Scheduled Hearing with Objection Deadline. Re: 191 Cranberry Ridge Drive, Milford, PA 18337. Filing fee due in the amount of $188.00. Notice served on 11/17/2022. Filed by Denise E. Carlon of KML Law Group, PC on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. Objections due by 12/1/2022. Hearing scheduled for 12/13/2022 at 10:00 AM - U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA. (Attachments: # [1](#) Notice # [2](#) Affidavit # [3](#) Exhibit loan documents # [4](#) Proposed Order # [5](#) Certificate of Non-Concurrence # [6](#) Certificate of Service) (Carlon, Denise) (Entered: 11/17/2022) |
| 11/17/2022 | | Receipt of Motion for Relief from Automatic Stay( 5:22-bk-00714-MJC) [motion,mrlfsty] ( 188.00) filing fee. Receipt number A10498315, amount $ 188.00. (RE: related document(s)[44](#)). (U.S. Treasury) (Entered: 11/17/2022) |
| 12/01/2022 | [45](#) (7 pgs; 5 docs) | Answer *to Motion for Relief of Stay Doc. $14* Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)[44](#)). (Attachments: # [1](#) Exhibit A, Payment August 1st # [2](#) Exhibit B, Payment August 2th # [3](#) Exhibit C, Payment October 4th # [4](#) Certificate of Service) (Poka, John) (Entered: 12/01/2022) |
| 12/07/2022 | [46](#) (3 pgs; 3 docs) | Request to continue hearing with concurrence *Motion for Relief from Stay* Filed by Denise E. Carlon of KML Law Group, PC on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. (RE: related document(s)[44](#)). (Attachments: # [1](#) Certificate of Concurrence # [2](#) Certificate of Service) (Carlon, Denise) (Entered: 12/07/2022) |
| 12/09/2022 | 47 | Proceeding Memo re: Hearing of 12/13/2022 on the Motion for Relief from Automatic Stay (#44) canceled; not held. Request to Continue Hearing with consent filed. Matter continued. Order - Stay continued pending the conclusion of the continued hearing. Appearances: N/A. IT IS SO ORDERED on 12/9/2022. /s/Mark J. Conway (There is no image or paper document associated with this entry.) (RE: related document(s)[44](#), [46](#)). Hearing scheduled for 1/26/2023 at 10:00 AM at US Courthouse/Max Rosenn, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (Ratchford, Patricia) (Entered: 12/09/2022) |
| 01/24/2023 | [48](#) (3 pgs; 3 docs) | Second Request to continue hearing with concurrence *Motion for Relief from Stay* Filed by Denise E. Carlon of KML Law Group, PC on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. (RE: related document(s)[44](#)). (Attachments: # [1](#) Certificate of Concurrence # [2](#) Certificate of Service) (Carlon, Denise) (Entered: 01/24/2023) |
| 01/25/2023 | 49 | **Proceeding Memo for hearing scheduled on: 01/26/2023**<br>**MATTER:** Motion for Relief from Automatic Stay (191 Cranberry Drive, Milford, PA) (# [44](#) ) filed by Rocket Mortgage, LLC; Answer of the Debtor (# [45](#) )<br>**APPEARANCES:** N/A<br>**DISPOSITION:** |

| Date | Doc # | Description |
|---|---|---|
| | | canceled; not held. Second Request to continue matter with consent filed, hearing continued. Order - The Automatic Stay shall remain in effect through the conclusion of the continued hearing. No further continuance requests will be considered unless brought by Motion, in accordance with Local Bankruptcy Rule 9013-4. IT IS SO ORDERED. /s/ Mark J. Conway.<br>**HEARING Scheduled for 02/23/2023 at 10:00 AM at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.** (Ratchford, Patricia) (Entered: 01/25/2023) |
| 02/02/2023 | 50<br>(4 pgs; 2 docs) | Stipulation *between Debtor and Movant resolving the Motion for Relief* Filed by Denise E. Carlon of KML Law Group, PC on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. (RE: related document(s)44, 45, 46, 47 , 48, 49 ). (Attachments: # 1 Proposed Order) (Carlon, Denise) (Entered: 02/02/2023) |
| 02/03/2023 | 51 | **Proceeding Memo for hearing scheduled on: 02/23/2023**<br>**MATTER:** Motion for Relief from Automatic Stay (191 Cranberry Drive, Milford, PA) (# 44 ) filed by Rocket Mortgage, LLC; Answer of the Debtor (# 45 )<br>**APPEARANCES:** N/A<br>**DISPOSITION:** Hearing of 02/23/2023 on the Motion for Relief from Stay canceled; not held. Motion has been settled by Stipulation filed. The Court to review and issue an appropriate Order.<br>(Ratchford, Patricia) (Entered: 02/03/2023) |
| 02/10/2023 | 52<br>(2 pgs; 2 docs) | Order Approving Stipulation (RE: related document(s)50). (McHugh, Michael) (Entered: 02/13/2023) |
| 07/17/2023 | 53<br>(5 pgs) | Motion to Dismiss Ch. 13 Case for material default and Notice of Self Scheduled Hearing. Notice served on 7/17/2023. Filed by Trustee. Hearing scheduled for 08/10/2023 at 10:00 AM - U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA. (Zaharopoulos, Jack) (Entered: 07/17/2023) |
| 08/04/2023 | 54<br>(55 pgs; 6 docs) | Answer *to Motion To Dimiss Case* Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)53). (Attachments: # 1 Certificate of Service # 2 Exhibit A, FHA Promissory Note # 3 Exhibit B, Modification Cover Letter # 4 Exhibit C, Partial Claims Mortgage # 5 Exhibit D, Proof of Claim No.11) (Poka, John) (Entered: 08/04/2023) |
| 08/04/2023 | 55<br>(6 pgs) | Certificate of Service *emailing certificate of service* Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)53). (Poka, John) (Entered: 08/04/2023) |
| 08/10/2023 | 56<br>(33 pgs; 5 docs) | Motion for Mortgage Modification. Filed by Brian Nicholas of KML Law Group, P.C. on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. Objections due by 08/31/2023. (Attachments: # 1 Notice # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit A - loan modification) (Nicholas, Brian) (Entered: 08/10/2023) |
| 08/10/2023 | 57 | **Proceeding Memo for hearing scheduled on: 08/10/2023**<br>**MATTER:** Motion to Dismiss Case for Material Default (# 53 ); Answer of the Debtor (# 54 )<br>**APPEARANCES:** Agatha R. McHale, Esq., John A. Poka, Esq. (by remote appearance)<br>**DISPOSITION:** Hearing called. Motion to Dismiss Case for Material Default settled by Stipulation to be filed within seven (7) days; otherwise, upon Certification of Default by the Trustee, the Motion is granted. IT IS SO ORDERED. /s/ Mark J. Conway. Record made.<br>(Ratchford, Patricia) (Entered: 08/10/2023) |

| | | |
|---|---|---|
| 08/11/2023 | 58 (2 pgs; 2 docs) | Stipulation *amend the plan within 14 days from the date of this stipulation* Filed by Trustee (RE: related document(s)53). (Attachments: # 1 Proposed Order) (Zaharopoulos, Jack) (Entered: 08/11/2023) |
| 08/11/2023 | 59 (2 pgs; 2 docs) | Order Approving Stipulation regarding Motion to Dismiss. (RE: related document(s)58). (Eshelman, Ryan) (Entered: 08/11/2023) |
| 08/23/2023 | 60 (16 pgs; 3 docs) | *Certification Regarding Service of Amended Chapter 13 Plan LBF* 3015-2(b).. Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)19). (Attachments: # 1 *Amended/Modified Plan (Post Confirmation) (Includes 2 Motion(s) to Avoid Liens and no Motion(s) to Value Collateral); (2) Certificate of Service.* (Poka, John) *Text modified per image.* Modified on 8/24/2023 (McHugh, Michael). (Entered: 08/23/2023) |
| 08/24/2023 | 61 (20 pgs; 6 docs) | Motion to Modify Confirmed Plan and LBF 3015-2(b). Amended/Modified Plan (Post Confirmation) (Includes 2 Motion(s) to Avoid Liens and no Motion(s) to Value Collateral). *Objections due by 9/12/2023.* Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)60). (Attachments: # 1 Notice # 2 Exhibit 2nd Amended Plan # 3 Certificate of Service # 4 Certification Regarding Service of 2nd Amended Plan # 5 Proposed Order) (Poka, John) Modified on 8/24/2023 (McHugh, Michael). (Entered: 08/24/2023) |
| 08/24/2023 | 62 | A proposed order in revisable PDF format was not filed with the court for the document at docket entry #61. Failure to file a proposed order in revisable PDF format on or before August 27, 2023 will result in the denial of the Motion to Modify Plan, without prejudice, and without further notice. IT IS SO ORDERED on 8/24/2023. /s/Mark J. Conway (There is no image or paper document associated with this entry.) (RE: related document(s)61). (McHugh, Michael) (Entered: 08/24/2023) |
| 08/25/2023 | 63 (1 pg) | Exhibit (Proposed Order). Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)61). (Poka, John) (Entered: 08/25/2023) |
| 08/25/2023 | 64 (2 pgs; 2 docs) | Notice to Filing Party (John Poka): Discrepancy between CM/ECF entry and uploaded PDF. The objection deadline listed on the notice is not 21 days from date of service.. (RE: related document(s)61). Clerks Office Follow-Up Due by 8/29/2023. (McHugh, Michael) (Entered: 08/25/2023) |
| 08/28/2023 | 65 (4 pgs) | Notice of Motion to Modify Confirmed Plan and Certificate of Service. Notice served on 8/28/2023. Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)64). Objections due by 9/18/2023. (Poka, John) (Entered: 08/28/2023) |
| 09/07/2023 | 66 (2 pgs; 2 docs) | Order Granting Motion for Mortgage Modification (RE: related document(s)56). (Eshelman, Ryan) (Entered: 09/07/2023) |
| 09/21/2023 | 67 (2 pgs; 2 docs) | Order Denying Motion To Modify Plan. (RE: related document(s)61). (Eshelman, Ryan) (Entered: 09/22/2023) |
| 10/03/2023 | 68 (7 pgs; 5 docs) | Motion to Reconsider Order Denying Motion to Modify Plan. Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)67). (Attachments: # 1 Exhibit A, Letter to Attorney for Mtge.Company # 2 Exhibit B, Answer by Atty.for,Mtge.Company # 3 Certificate of Service on Mtoion to Reconsider # 4 Proposed Order) (Poka, John) *Modified to edit text to match image on 10/4/2023 (Eshelman, Ryan).* (Entered: 10/03/2023) |
| 10/04/2023 | 69 | A proposed order in revisable PDF format was not filed with the court for the document at docket entry #68. Failure to file a proposed order in revisable PDF format on or before October 6, 2023 will result in the denial of the Motion to |

| Date | Doc # | Description |
|---|---|---|
| | | Reconsider Order, without prejudice, and without further notice. IT IS SO ORDERED on 10/4/2023. /s/Mark J. Conway (There is no image or paper document associated with this entry.) (RE: related document(s)68). (Eshelman, Ryan) (Entered: 10/04/2023) |
| 10/04/2023 | 70 (2 pgs; 2 docs) | Proposed Order to Motion to Reconsider Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)68). (Attachments: # 1 Certificate of Service of Proposed Order) (Poka, John) *Modified to edit docket text to match image on 10/5/2023 (Eshelman, Ryan).* (Entered: 10/04/2023) |
| 10/27/2023 | 71 (2 pgs; 2 docs) | Order Granting Motion to Reconsider Order Denying Motion to Modify Plan. (RE: related document(s)68). (Eshelman, Ryan) (Entered: 10/27/2023) |
| 11/07/2023 | 72 (12 pgs; 6 docs) | Motion to Convert Case to Chapter 7. Filing Fee due in the amount of $25.00. Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)1). Objections due by 11/21/2023 (Attachments: # 1 Notice 14 day # 2 Exhibit A, Order to Amend Confirmed Ch 13 Plan # 3 Exhibit B, Amended Proof of Claim No. 11, Pre filing arrearages paid # 4 Proposed Order # 5 Certificate of Service) (Poka, John) *Modified to add objection date on 11/9/2023 (Eshelman, Ryan).* (Entered: 11/07/2023) |
| 11/07/2023 | | Receipt of Motion to Convert Case( 5:22-bk-00714-MJC) [motion,mcnvrt] ( 25.00) filing fee. Receipt number A10864689, amount $ 25.00. (RE: related document(s)72). (U.S. Treasury) (Entered: 11/07/2023) |
| 11/08/2023 | 73 | A proposed order in revisable PDF format was not filed with the court for the document at docket entry #72. Failure to file a proposed order in revisable PDF format on or before November 10, 2023 will result in the denial of the Motion to Convert Case to Chapter 7, without prejudice, and without further notice. IT IS SO ORDERED on 11/8/2023. /s/Mark J. Conway (There is no image or paper document associated with this entry.) (RE: related document(s)72). (Eshelman, Ryan) (Entered: 11/08/2023) |
| 11/08/2023 | 74 (1 pg) | Proposed Order to Motion to Conver Ch.13 to Ch.7 Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)72). (Poka, John) *Modified to edit docket text to match image on 11/8/2023 (Eshelman, Ryan).* (Entered: 11/08/2023) |
| 11/29/2023 | 75 (2 pgs; 2 docs) | Order Granting Motion to Convert Case to Chapter 7 (RE: related document(s)72). (Eshelman, Ryan) (Entered: 11/29/2023) |
| 11/29/2023 | 76 (3 pgs; 2 docs) | Notice of Meeting of Creditors and Appointment of Trustee. Request submitted to BNC for mailing (RE: related document(s)75). 341(a) meeting to be held 12/29/2023 at 09:30 AM - w/Trustee Martin join.zoom.us Meeting ID 534 831 3852, passcode 7889648115, Phone 272-239-0981. Last day to oppose discharge or dischargeability is 2/27/2024. (Eshelman, Ryan) (Entered: 11/29/2023) |
| 12/01/2023 | 77 (5 pgs) | BNC Certificate of Notice (341 Meeting Notice (Chapter 7)) (RE: related document(s)76). Notice Date 12/01/2023. (Admin.) (Entered: 12/02/2023) |
| 12/01/2023 | 78 (3 pgs) | BNC Certificate of Notice (RE: related document(s)75). Notice Date 12/01/2023. (Admin.) (Entered: 12/02/2023) |
| 12/13/2023 | 79 (6 pgs; 3 docs) | Amendment to Schedule I; Schedule J; Statement of Intention; Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)1, 13). (Attachments: # 1 Schedule Amended Schedule J # 2 Schedule Statement of Intention) (Poka, John) (Entered: 12/13/2023) |

| | | |
|---|---|---|
| 01/05/2024 | [90](#) (4 pgs) | Exhibit (Amended Affirmation of Service). Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)[84](#)). (Poka, John) (Entered: 01/05/2024) |
| 01/10/2024 | [91](#) (1 pg) | Entry of Appearance of Michael Farrington and Withdrawal of Appearance of Brian C. Nicholas . (Farrington, Michael) (Entered: 01/10/2024) |
| 01/10/2024 | [92](#) (1 pg) | Entry of Appearance of Michael Farrington and Withdrawal of Appearance of Brian C. Nicholas . (Farrington, Michael) (Entered: 01/10/2024) |
| 01/12/2024 | [93](#) (15 pgs) | Entry of Appearance of Michael Farrington and Withdrawal of Appearance of Brian C Nicholas . (Miscevich, Jennifer) (Entered: 01/12/2024) |
| 01/12/2024 | [94](#) (15 pgs) | Entry of Appearance of Michael Farrington and Withdrawal of Appearance of Brian C. Nicholas . (Miscevich, Jennifer) (Entered: 01/12/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/25/2024 19:46:38 | | | |
| PACER Login: | jap2131908 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:22-bk-00714-MJC Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 9 | Cost: | 0.90 |

| | | |
|---|---|---|
| 12/13/2023 | [80](#) (5 pgs) | Chapter 7 Statement of Your Current Monthly Income Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)[75](#), [79](#)). (Poka, John) (Entered: 12/13/2023) |
| 12/28/2023 | [81](#) (5 pgs) | Final Report Filed by Trustee. (Zaharopoulos, Jack) (Entered: 12/28/2023) |
| 12/29/2023 | 82 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued (There is no image or paper document associated with this entry.) on 1/26/2024 at 10:00 AM at w/Trustee Martin join.zoom.us Meeting ID 534 831 3852, passcode 7889648115, Phone 272-239-0981. (Martin, John) (Entered: 12/29/2023) |
| 12/29/2023 | [83](#) (16 pgs; 6 docs) | Motion to Avoid a Lien of Citibank, N.A. for Household Goods under Section 522(f)(1)(B)(i). Notice served on 12/29/2023. Filed by John Arpad Poka on behalf of Robert M. Dukett. Objections due by 01/19/2024. (Attachments: # [1](#) Notice with Objection Date # [2](#) Exhibit A, Judgement by Citibank, N.A. # [3](#) Exhibit Deadline to file Proof of Claim # [4](#) Certificate of Service # [5](#) Proposed Order to Avoid Lien Citibank N.A.) (Poka, John) (Entered: 12/29/2023) |
| 12/29/2023 | [84](#) (21 pgs; 6 docs) | Motion to Avoid a Lien of DISCOVER BANK for Household Goods under Section 522(f)(1)(B)(i). Notice served on 12/29/2023. Filed by John Arpad Poka on behalf of Robert M. Dukett. Objections due by 01/19/2024. (Attachments: # [1](#) Notice with objection date # [2](#) Exhibit A, Judgment by Discover Bank # [3](#) Exhibit B, Proof of Claim Filed by Discover Bank # [4](#) Certificate of Service of Motion # [5](#) Proposed Order to Avoid Lien) (Poka, John) (Entered: 12/29/2023) |
| 01/02/2024 | 85 | A proposed order in revisable PDF format was not filed with the court for the document at docket entry #83. Failure to file a proposed order in revisable PDF format on or before January 5, 2024 will result in the denial of the Motion to Avoid a Lien, without prejudice, and without further notice. IT IS SO ORDERED on 1/2/2024. /s/Mark J. Conway (There is no image or paper document associated with this entry.) (RE: related document(s)[83](#)). (Eshelman, Ryan) (Entered: 01/02/2024) |
| 01/02/2024 | 86 | A proposed order in revisable PDF format was not filed with the court for the document at docket entry #84. Failure to file a proposed order in revisable PDF format on or before January 5, 2024 will result in the denial of the Motion to Avoid a Lien, without prejudice, and without further notice. IT IS SO ORDERED on 1/2/2024. /s/Mark J. Conway (There is no image or paper document associated with this entry.) (RE: related document(s)[84](#)). (Eshelman, Ryan) (Entered: 01/02/2024) |
| 01/05/2024 | [87](#) (2 pgs; 2 docs) | Notice to Filing Party (John Poka): Discrepancy between CM/ECF entry and uploaded PDF. Service of the Motion to Avoid Judicial Lien is not in compliance with Fed. Rule of Bankr. P. 7004(h).. (RE: related document(s)[83](#)). (Eshelman, Ryan) (Entered: 01/05/2024) |
| 01/05/2024 | [88](#) (2 pgs; 2 docs) | Notice to Filing Party (John Poka): Discrepancy between CM/ECF entry and uploaded PDF. Service of the Motion to Avoid Judicial Lien is not in compliance with Fed. Rule of Bankr. P. 7004(h).. (RE: related document(s)[84](#)). (Eshelman, Ryan) (Entered: 01/05/2024) |
| 01/05/2024 | [89](#) (4 pgs) | Exhibit (Amended Affirmation of Service). Filed by John Arpad Poka on behalf of Robert M. Dukett (RE: related document(s)[83](#)). (Poka, John) (Entered: 01/05/2024) |