United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00714-MJC |
| Robert M. Dukett | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 05, 2024 | Form ID: pdf010 | Total Noticed: 3 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: signed.order@pfwattorneys.com | Feb 05 2024 18:41:00 | Discover Bank, Pressler, Fekt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 5470273 | Email/Text: mrdiscen@discover.com | Feb 05 2024 18:41:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 5471821 | Email/Text: mrdiscen@discover.com | Feb 05 2024 18:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Arpad Poka | on behalf of Debtor 1 Robert M. Dukett jpoka@optonline.net |
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Robert M. Dukett, | : | Case No. 5:22-bk-00714-MJC |
| Debtor. | : | |
| | : | |
| Robert M. Dukett, | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Discover Bank, | : | |
| Respondent | : | |

## ORDER GRANTING MOTION TO AVOID LIEN

Upon Motion of the Debtor to avoid a judicial lien held by Discover Bank ("Respondent") in the real property of the Debtor located at 191 Cranberry Ridge Drive, Milford, Pennsylvania ("Real Property");

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at the Pike County Court of Common Pleas at Docket # 386-2020 is subject to avoidance pursuant to 11 U.S.C. §522(f);

**AND,** the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, against the Real Property of the Debtor is **AVOIDED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 2, 2024