United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 22-00714-MJC

Robert M. Dukett                                                                Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: admin                             Page 1 of 3

Date Rcvd: Mar 04, 2024                 Form ID: 318                             Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Robert M. Dukett, 191 Cranberry Ridge Dr., Milford, PA 18337-6401 |
| 5470264 | Allstate Insurance Co., 113 7th St Ste 103, Milford, PA 18337-1234 |
| 5470265 | American Express, PO Box 15132, Wilmington, DE 19850-5132 |
| 5470267 | Blue Ridge Cable, 112 Bennett Ave, Milford, PA 18337-9501 |
| 5470270 | Commenity Bank /Columbian Emeralds, 1020 E Pioneer Rd, Draper, UT 84020-4700 |
| 5470282 | Pike County Sheriff's Office, 412 Broad St, Milford, PA 18337-1538 |
| 5470284 | Presler, Felt & Warshaw, LLP., 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5470286 | RAS LaVrar, LLC (Citi BanK), 425 Commerce Dr Ste 150, Fort Washington, PA 19034-2727 |
| 5470290 | Upgrade UHG LLC, 6400 Sheridan Dr Ste 138, Williamsville, NY 14221-4842 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5470266 | ^ MEBN | Mar 04 2024 18:36:03 | APEX Asset Management, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 5480102 | EDI: ATLASACQU | Mar 04 2024 23:39:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5482045 | EDI: ATLASACQU | Mar 04 2024 23:39:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5475703 | Email/PDF: bncnotices@becket-lee.com | Mar 04 2024 18:53:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5470268 | Email/Text: cms-bk@cms-collect.com | Mar 04 2024 18:40:00 | Capital Management, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 5470269 | EDI: CAPITALONE.COM | Mar 04 2024 23:39:00 | Capital One Bank, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 5470271 | EDI: CCS.COM | Mar 04 2024 23:39:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5470272 | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2024 18:41:33 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5470273 | EDI: DISCOVER | Mar 04 2024 23:39:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 5471821 | EDI: DISCOVER | Mar 04 2024 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5470274 | Email/Text: data_processing@fin-rec.com | Mar 04 2024 18:40:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 5472245 | Email/Text: christina@collectionandrecovery.com | Mar 04 2024 18:40:00 | Fond du Lac County, C/O Financial Recoveries, Inc., PO Box 310, Fond du Lac, WI 54936-0310 |

| 5470275 | EDI: CITICORP | | |
| | | Mar 04 2024 23:39:00 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 5470276 | EDI: JPMORGANCHASE | | |
| | | Mar 04 2024 23:39:00 | JP Morgan Chase Bank, 270 Park Ave, New York, NY 10017-2014 |
| 5470277 | ^ MEBN | | |
| | | Mar 04 2024 18:36:09 | KML Group, PC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5472332 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 04 2024 18:41:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5470280 | ^ MEBN | | |
| | | Mar 04 2024 18:36:04 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5470278 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 04 2024 18:40:00 | Midland Credit Management, 350 Camino de la Reina # 100, San Diego, CA 92108-3007 |
| 5470279 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 04 2024 18:40:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5471968 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 04 2024 18:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5470281 | EDI: AGFINANCE.COM | | |
| | | Mar 04 2024 23:39:00 | One Main Financial, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 5473243 | + EDI: AGFINANCE.COM | | |
| | | Mar 04 2024 23:39:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5470283 | EDI: PRA.COM | | |
| | | Mar 04 2024 23:39:00 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 5475366 | EDI: PRA.COM | | |
| | | Mar 04 2024 23:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5470285 | Email/Text: ngisupport@radiusgs.com | | |
| | | Mar 04 2024 18:40:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5476544 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Mar 04 2024 18:40:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5470287 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Mar 04 2024 18:40:00 | Rocket Mtge. f/k/a Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5470288 | Email/Text: support@spirerecoverysolutions.com | | |
| | | Mar 04 2024 18:40:33 | Spire Recovery Solution, 330 S Transit St, Lockport, NY 14094-4848 |
| 5470289 | Email/Text: BAN5620@UCBINC.COM | | |
| | | Mar 04 2024 18:40:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 5470291 | Email/Text: COLATTY@WELTMAN.com | | |
| | | Mar 04 2024 18:40:00 | Weltman Weinberg & Reis Co. LPA, 5000 Bradenton Ave Ste 100, Dublin, OH 43017-3574 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2024                         Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Arpad Poka | on behalf of Debtor 1 Robert M. Dukett jpoka@optonline.net |
| John J Martin | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | Robert M. Dukett | Social Security number or ITIN   xxx–xx–8073 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:22–bk–00714–MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert M. Dukett

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

3/4/24

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 5:22-bk-00714-MJC    Doc 103    Filed 03/06/24    Entered 03/07/24 00:23:39    Desc
Imaged Certificate of Notice    Page 4 of 5

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318            **Order of Discharge**            page 2